1  Peter C. Lagarias (SBN 77091)
   pcl@franchiselawadvocates.com
2  Bruce N. Napell (SBN 115116)
   bjn@franchiselawadvocates.com
3  LAGARIAS & NAPELL, LLP
   1629 Fifth Avenue
4  San Rafael, California 94901-1828
   Telephone: (415) 460-0100
5  Facsimile: (415) 460-1099

6  Attorneys for Petitioners Bakersfield Franchisee
   Owners Association, Cal-Neva Franchise Owners
7  Association, California Central Valley Franchise
   Owners Association, Greater Bay Franchise Owners
8  Association, Greater Los Angeles Franchise Owners
   Association, Joe Saraceno Franchise Owners
9  Association, Northern California Franchise Owners
   Association, Sacramento Valley Franchise Owners
10 Association, San Diego Franchise Owners
   Association, San Francisco/Monterey Bay Franchise
11 Owners Association, Sierra Franchise Owners
   Association, Southern California Franchise Owners
12 Association, West Coast Franchise Owners
   Association
13

   FILED  2018 JAN 22 A 9:01

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 Bakersfield Franchisee Owners Association, a ) Case No. CV 18 80017 MISC EDL
   California unincorporated association; Cal-  )
17 Neva Franchise Owners Association, a Nevada ) Notice Of Motion And Motion To Quash or
   incorporated association; California Central ) Modify Subpoena and for Protective Order
18 Valley Franchise Owners Association, a       ) By Petitioners Bakersfield Franchisee
   California incorporated association; Greater ) Owners Association, Cal-Neva Franchise
19 Bay Franchise Owners Association, a          ) Owners Association, California Central
   California incorporated association; Greater ) Valley Franchise Owners Association,
20 Los Angeles Franchise Owners Association, a  ) Greater Bay Franchise Owners Association,
   California incorporated association; Joe     ) Greater Los Angeles Franchise Owners
21 Saraceno Franchise Owners Association, a     ) Association, Joe Saraceno Franchise Owners
   California incorporated association; Northern) Association, Northern California Franchise
22 California Franchise Owners Association, a   ) Owners Association, Sacramento Valley
   California incorporated association;         ) Franchise Owners Association, San Diego
23 Sacramento Valley Franchise Owners           ) Franchise Owners Association, San
   Association, a California incorporated       ) Francisco/Monterey Bay Franchise Owners
24 association; San Diego Franchise Owners      ) Association, Sierra Franchise Owners
   Association, a California incorporated       ) Association, Southern California Franchise
25 association; San Francisco/Monterey Bay      ) Owners Association, West Coast Franchise
   Franchise Owners Association, a California   ) Owners Association.
26 incorporated association; Sierra Franchise   )
   Owners Association, a California incorporated) Date: _____
27 association; Southern California Franchise   ) Time: _____
   Owners Association, a California incorporated)
28 association; West Coast Franchise Owners     )

                                        1
   NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA, OR, FOR PROTECTIVE ORDER

| | |
|---|---|
| 1 | Association a California incorporated association;   ) |
| 2 | ) |
| 3 | Petitioners,   ) |
|   | ) |
| 4 | v.   ) |
|   | ) |
| 5 | 7-ELEVEN, INC., a Texas corporation   ) |
|   | ) |
| 6 | Respondent.   ) |

TO RESPONDENT 7-ELEVEN, INC. AND TO ITS ATTORNEYS OF RECORD, JAMES F. SPEYER AND JONATHAN KOENIG, ARNOLD & PORTER, KAYE SCHOLER, LLP; NORMAN M. LEON AND ELLEN BRONCHETI, DLA PIPER, LLP (US);

PLEASE TAKE NOTICE, that Petitioners Bakersfield Franchisee Owners Association, Cal-Neva Franchise Owners Association, California Central Valley Franchise Owners Association, Greater Bay Franchise Owners Association, Greater Los Angeles Franchise Owners Association, Joe Saraceno Franchise Owners Association, Northern California Franchise Owners Association, Sacramento Valley Franchise Owners Association, San Diego Franchise Owners Association, San Francisco/Monterey Bay Franchise Owners Association, Sierra Franchise Owners Association, Southern California Franchise Owners Association, West Coast Franchise Owners Association, will move and hereby do move, on _____, 2018, at _____ before the Honorable _____, to quash or modify the subpoenas served upon them, or in the alternative, for a protective order limiting the requested document discovery.

The grounds for said motion are that the documents sought are of no, or limited, relevance, are privileged, are not within the control, custody or possession of the responding Associations, and producing the requested documents would be unduly burdensome and expensive. In addition, the subpoenas did not allow sufficient time to respond.

This motion is based on the Federal Rules of Civil Procedure including Rule 45 in that the subpoenas did not allow a reasonable period of time to comply under Rule 45(d)(3)(A)(i); required some third parties to travel over 100 miles for production of documents; under Rule 45(d)(3)(A)(ii); required disclosure of privileged matters under Rule 45(d)(3)(A)(iii); and subjected the moving parties to undue burden under Rule 45(d)(3)(A)(iv).

This motion is based on this notice of motion and motion, the accompanying memorandum in support, the declarations of Manjit Purewal, Yogendra Solanki, Kathy York, and Peter C. Lagarias, Esq., and on such other pleadings and evidence received at or before the hearing and ruling on the motion.

DATED: January 19, 2018

LAGARIAS & NAPELL, L.L.P.

By: _____
Peter C. Lagarias, Esq.

Attorneys for Petitioners Bakersfield Franchisee Owners Association, Cal-Neva Franchise Owners Association, California Central Valley Franchise Owners Association, Greater Bay Franchise Owners Association, Greater Los Angeles Franchise Owners Association, Joe Saraceno Franchise Owners Association, Northern California Franchise Owners Association, Sacramento Valley Franchise Owners Association, San Diego Franchise Owners Association, San Francisco/Monterey Bay Franchise Owners Association, Sierra Franchise Owners Association, Southern California Franchise Owners Association, West Coast Franchise Owners Association

n:\active\7-eleven coalition\pleadings\not of mot and mot quash.doc