Alan Law (SBN 268334)
R. Brent Cooper (Pro Hac Vice)
Tarron Gartner-Ilai (Pro Hac Vice)
COOPER & SCULLY, P.C.
101 California Street #3650
San Francisco, California  94111
Tel: (415) 956-9700; Fax:(415) 391-0274
Email: alan.law@cooperscully.com

Attorneys for Petitioners Bakersfield Franchisee Owners Association, Cali-Neva Franchise Owners Association, California Central Valley Franchise Owners Association, Greater Bay Franchise Owners Association, Greater Los Angeles Franchise Owners Association, Joe Saraceno Franchise Owners Association, Northern California Franchise Owners Association, Sacramento Valley Franchise Owners Association, San Diego Franchise Owners Association, San Francisco/Monterey Bay Franchise Owners Association, Sierra Franchise Owners Association, Southern California Franchise Owners Association, West Coast Franchise Owners Association

James F. Speyer (SBN 133114)
Jonathan L. Koenig (SBN 281737)
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100; Facsimile:  (415) 471-3400
Email: James.Speyer@arnoldporter.com
Email: Jonathan.Koenig@arnoldporter.com

Attorneys for Respondent
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bakersfield Franchisee Owners Association, a California Unincorporated association; Cali-Neva Franchise Owners Association, a Nevada Incorporated Association; California Central Valley Franchise Owners Association, a California Incorporated Association; Greater Bay Franchise Owners Association, a California Incorporated Association; Greater Los Angeles Franchise Owners Association, a California Incorporated Association; Joe Saraceno Franchise Owners Association, a California Incorporated Association; Northern California Franchise Owners Association, a California Incorporated Association; Sacramento Valley Franchise Owners Association, a California | Case No. 3:18-MC-80017-EDL<br><br>**[~~PROPOSED~~] ORDER TRANSFERRING PETITIONERS' MOTION TO QUASH SUBPOENA OR ALTERNATIVELY FOR A PROTECTIVE ORDER  TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** |

| | |
|---|---|
| 1 | Incorporated Association; San Diego Franchise Owners Association, a California Incorporated Association; San Francisco/Monterey Bay Franchise Owners Association, a California Incorporated Association; Sierra Franchise Owners Association, a California Incorporated Association; Southern California Franchise Owners Association, a California Incorporated Association; West Coast Franchise Owners Association a California Incorporated Association; |

Petitioners,

vs.

7-ELEVEN, INC., a Texas corporation,

Respondent.

The Court has reviewed the joint stipulation submitted by all parties agreeing to have Petitioners' pending Motion to Quash Subpoena or Alternatively for a Protective Order transferred to the United States District Court for the Central District of California, Western Division.

Therefore, **IT IS ORDERED** that the Petitioners' Motion to Quash Subpoena or Alternatively for a Protective Order is **TRANSFERRED** to the United States District Court for the Central District of California, Western Division.

**IT IS FURTHER ORDERED** that upon transfer, this case be **CLOSED**.

Dated this  22   date of February, 2018

_____
HONORABLE ELIZABETH LAPORTE
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order Transferring Venue of Petitioners' Motion to Quash or Alternatively for a Protective Order to the United States District Court for the Central District of California, Western Division – USDC Northern No. 3:18-80017-EDL                                                                         1